**Opinion filed November 29, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00320-CV

_____

## IN RE MEMORIAL PARK MEDICAL CENTER, INC.

---

### Original Proceeding

---

### M E M O R A N D U M   O P I N I O N

Memorial Park Medical Center, Inc. has filed in this court an original proceeding, which is styled "Petition for Writ of Mandamus, Enforcement of Judgments and Request for Injunctive Relief." This original proceeding stems from ongoing litigation involving Memorial Park and John Green. *See Memorial Park Medical Center, Inc. v. Green*, No. 11-11-00159-CV, 2013 WL 3336609 (Tex. App.—Eastland June 27, 2013, no pet.) (mem. op.); *see also Green v. Memorial Park Medical Center, Inc.*, No. 07-15-00143-CV, 2016 WL 1179207 (Tex. App.—Amarillo Mar. 25, 2016, no pet.) (mem. op.). Despite the title of the petition that is before us now, Memorial Park does not ask for mandamus relief or for enforcement of a judgment; instead, Memorial Park requests that we issue a writ of injunction directed at John Green to enjoin him from "prosecuting the $9,020 judgment and

sanctions against Memorial Park pending Memorial Park's appeal to this Court and upholding the jurisdiction of the Travis County District Court."

An intermediate court of appeals has limited injunctive powers and is only authorized to issue writs of mandamus against certain judges in our district and to issue "other writs necessary to enforce the jurisdiction of the court." TEX. GOV'T CODE ANN. § 22.221(a) (West Supp. 2018). A court of appeals "has no original jurisdiction to grant writs of injunction, except to protect its jurisdiction over the subject matter of a pending appeal, or to prevent an unlawful interference with the enforcement of its judgments and decrees." *In re Smith*, No. 10-03-390-CV, 2004 WL 254079, at *1 (Tex. App.—Waco Feb. 11, 2004, no pet.) (mem. op.) (quoting *Ott v. Bell*, 606 S.W.2d 955, 957 (Tex. Civ. App.—Waco 1980, no writ)). Memorial Park and Green do not currently have an appeal pending in this court, and Memorial Park has not brought this proceeding to prevent Green from interfering with the enforcement of this court's previous judgment. Therefore, we lack jurisdiction to issue a writ of injunction against Green as requested by Memorial Park.

Accordingly, the petition is dismissed for want of jurisdiction.

PER CURIAM

November 29, 2018

Panel consists of: Bailey, C.J.;
Gray, C.J., 10th Court of Appeals[1];
and Wright, S.C.J.[2]

Willson, J., not participating.

---

[1]Tom Gray, Chief Justice, Court of Appeals, 10th District of Texas at Waco, sitting by assignment to the 11th Court of Appeals.

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.